**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MIYASAR QAWAL KALO,** | |
| **Plaintiff,** | **4:24CV3211** |
| **vs.** | |
| **VIRAJ LEBAILLY, Acting Deputy Chief of Mission, U.S. Embassy in Turkey; and MARCO RUBIO, Secretary of State;** | **ORDER** |
| **Defendants.** | |

      **IT IS ORDERED** that the Motion for Substitution of Defendant (Filing No. 14) is granted. Michael Goldman, Chief of Mission of the U.S. Embassy in Turkey, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

      The Clerk shall modify the docket to reflect this substitution.

      Dated this 28th day of March, 2025.

                         BY THE COURT:

                         s/Michael D. Nelson
                         United States Magistrate Judge