IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIYASAR QAWAL KALO,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCO RUBIO, Secretary of State; and MICHAEL GOLDMAN, Chief of Mission of the U.S. Embassy in Turkey;<br><br>        Defendants. | 4:24CV3211<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 17) is granted and Timothy R Hook is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Timothy R. Hook in this case.

Dated this 7th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge