IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MIYASAR QAWAL KALO,

Plaintiff,

vs.

MARCO RUBIO, Secretary of State; and
MICHAEL GOLDMAN, Chief of Mission of
the U.S. Embassy in Turkey;

Defendants.

4:24CV3211

ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 19.)  Defendants do not object to the dismissal.  Having considered the matter, the Court will accept the Voluntary Dismissal.

Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice.

Dated this 5th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge